KILPATRICK STOCKTON LLP
Lisa Pearson (LP 4916)
Christopher Lick (CL 1391)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Plaintiff Zino Davidoff SA*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZINO DAVIDOFF SA,

                Plaintiff,

v.

SELECTIVE DISTRIBUTION
INTERNATIONAL INC.,

                Defendant.

JUDGE CROTTY

07 CV 10326

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zino Davidoff SA, by and through its undersigned counsel, hereby states that it has no parent company and further states that there are no publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
         November 14, 2007

                                      KILPATRICK STOCKTON LLP

                                      By: _____
                                          Lisa Pearson (LP 4916)
                                          Christopher Lick (CL 1391)
                                          31 West 52nd Street, 14th Floor
                                          New York, NY 10019
                                          (212) 775-8700

                                          *Counsel for Plaintiff Zino Davidoff SA*

US2000 10413051.1