KILPATRICK STOCKTON LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ZINO DAVIDOFF SA,                              |  Index No.: 07 cv 10326 (CROTTY)
                Plaintiff,   |
  -against-                                   |
                                                      |
SELECTIVE DISTRIBUTION INTERNATIONAL INC.,     |
                Defendant.   |  **AFFIDAVIT OF SERVICE**
---------------------------------------------------------------X

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK    )

    **JOSE OQUENDO,** being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

    2.    That on November 15, 2007, at approximately 2:27 p.m., I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT along with Exhibits "A-I", RULE 7.1 STATEMENT, CIVIL COVER SHEET,** Individual Practices of Magistrate Judge Michael H. Dolinger and Individual Practices of Judge Paul A. Crotty, all upon **SELECTIVE DISTRIBUTION INTERNATIONAL, INC.,** by Personal Delivery, via Mr. Bradley D. Schnur, who identified himself as an "Attorney" as well as being authorized, as Agent to accept service on behalf of Selective Distribution International, Inc., which service was effected at their actual place of business indicated below:

                SELECTIVE DISTRIBUTION INTERNATIONAL, INC.
                380 North Broadway / Suite 204
                Jericho, New York 11753

    3.    **Mr. Bradley D. Schnur** can best be described as:

Male – White skin – Dirty Blonde hair – Approximately 33 - 43 years of age - 5'7" – 5'11" and 155 – 195 lbs.

Dated:  November 15, 2007
             New York, New York

                                                                                    JOSE OQUENDO
Sworn to before me on this the 15th day of November 2007.              License No.: 1154641

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.                                POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                 NEW YORK, NEW YORK 10268
                                                                                                  212-608-1555

*"We've built our reputation on your satisfaction"*