AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF New York

## APPEARANCE

ZINO DAVIDOFF SA V. SELECTIVE DISTRIBUTION INTL, INC.

Case Number: 07-CV-10326

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Selective Distribution International, Inc., defendant in this action.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/7/2007 | *Kenneth Wolf* (signature) |
| Date | Signature |
| | Kenneth N. Wolf — 0598 |
| | Print Name — Bar Number |
| | 551 Fifth Avenue, Suite 1100 |
| | Address |
| | New York, NY 10176 |
| | City — State — Zip Code |
| | (212) 883-1300 — (212) 883-0068 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

I, KENNETH WOLF, AS ATTORNEY FOR SELECTIVE DISTRIBUTION, SELECTIVE DISTRIBUTION INTERNATIONAL, INC. HEREBY CERTIFY that on **December 7, 2007,** I served a true and correct copy of the foregoing

## NOTICE OF APPEARANCE

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

/s/ Kenneth N Wolf
Kenneth N. Wolf