UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZINO DAVIDOFF SA,

        Plaintiff,

v.

SELECTIVE DISTRIBUTION
INTERNATIONAL, INC.

        Defendant/Third Party Plaintiff,

v.

JEFFREY PARKER D/B/A/ DIAMOND GROUP INC.

        Third Party Defendant,

_____/

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party, Selective Distribution International Inc., and certifies that no parent corporation or publicly held corporation owns 10% of more of its stock.

                                              **SANDLER, TRAVIS & ROSENBERG, P.A.**
                                              Attorneys for Defendant
                                              **SELECTIVE DISTRIBUTION**
                                              **INTERNATIONAL, INC.**
                                              551 Fifth Avenue, Suite 1100
                                              New York, NY 10176
                                              Tel.   (212) 883-1300
                                              Fax.  (212) 883-0068
                                              Email:  kwolf@strtrade.com

                                              By: _____/s Kenneth N. Wolf_____
                                                     Kenneth N. Wolf (KW0598)

Dated: New York, New York
        December 7, 2007

## CERTIFICATE OF SERVICE

I, KENNETH WOLF, AS ATTORNEY FOR SELECTIVE DISTRIBUTION, SELECTIVE DISTRIBUTION INTERNATIONAL, INC. HEREBY CERTIFY that on **December 7, 2007,** I served a true and correct copy of the foregoing

## SELECTIVE DISTRIBUTION'S RULE 7.1 DISCLOSURE STATEMENT

upon the below listed parties by depositing, or causing to be deposited, a true copy in a United

States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class

mail addressed to:


Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019


                                        _/s/ Kenneth N Wolf_____
                                            Kenneth N. Wolf