## SANDLER, TRAVIS & ROSENBERG, P.A.

DONNA L. BADE*
ROBERT J. BECERRA
PEGGY LOUIE CHAPLIN*
DAVID E. COHEN*
CHARLES L. CROWLEY*
LENNY FELDMAN
SHANNON E. FURA*
GERALD B. HORN*
ZHAOKANG JIANG*
EDWARD M. JOFFE
ERIK D. JOHANSEN*
LARRY T. ORDET
JEREMY ROSS PAGE
MELISSA MANDELL PAUL
ARTHUR K. PURCELL*
BETH C. RING*
LEONARD L. ROSENBERG
GILBERT LEE SANDLER
KRISTEN B. SMITH*
DEBORAH B. STERN
MICHELLE L. STOPKA
THOMAS G. TRAVIS
THOMAS V. VAKERICS*
KENNETH WOLF*
NANCY J. WOLLIN

RONALD W. GERDES (1947-2005)

* NOT ADMITTED IN FLORIDA

ATTORNEYS AT LAW
THE WATERFORD
5200 BLUE LAGOON DRIVE
MIAMI, FL 33126-2022

(305) 267-9200
FAX (305) 267-5155
E-MAIL ADDRESS: info@strtrade.com
WEBSITE: www.strtrade.com

DONNA CHUNG
NICOLE BIVENS COLLINSON
MARK HANEY
JO BRONSON HARRIS
WILLIAM H. HOUSTON
SHAWN MCCAUSLAND
JENNIFER A. MULVENY
W. CHAD NESBIT
CATHERINE NG
LAUREN V. PEREZ
OZUNG PHAM
JOHN J. PISKADLO
RHODA A. SALUS
EDWARD G. STEINER
DENNIS J. WAKEMAN
ADRIAN A. WILLIAMS
TRADE ADVISORS

MYLES J. AMBROSE*
P. TRISTAN BOURGOIGNIE
DOUGLAS M. BROWNING*
STEPHEN L. BUCKLIN*
T. RANDOLPH FERGUSON*
C. MICHAEL HATHAWAY*
TODD G. KOCOUREK
CINDY R. KORENBERG*
MATTHEW K. NAKACHI*
LAURA SIEGEL RABINOWITZ*
L. JANA SIGARS
OF COUNSEL

SANDLER & TRAVIS
TRADE ADVISORY SERVICES
DETROIT · OTTAWA · SÃO PAULO
CONSULTING SERVICES

December 14, 2007

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12-17-07]

Via Email: CrottyNYSDChambers@nysd.uscourts.gov
Honorable Paul A. Crotty
United States District Court Judge
US District Court, Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Application GRANTED. The conference is adjourned to 1/15/08 at 2:15 pm in Courtroom 20-C

RE: ZINO DAVIDOFF V. SELECTIVE DISTRIBUTION INTERNATIONAL
CASE NO. 07-CIV-10326 (PAC)

SO ORDERED: 12-17-07

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

Pursuant to your Initial Pretrial Conference Order entered on December 10, 2007, an initial pretrial conference is scheduled for January 3, 2008 at 3:15 p.m. in Courtroom 20-C. Defendant filed and served its Answer, Affirmative Defenses and Third Party Complaint on December 7, 2007 and service of the Third Party Complaint was effected on December 13, 2007.

Due to a scheduling conflict, defendant respectfully requests that the initial pretrial conference be rescheduled to any of the following dates, January 15, 16 or 22, 2008. This is defendant's first request and plaintiff's counsel has consented and agreed to the alternate dates.

We thank your Honor for your consideration.

Sincerely,
SANDLER, TRAVIS & ROSENBERG, P.A.

By: /s/ Kenneth N. Wolf
Kenneth N. Wolf

cc: Lisa Pearson, Esq. (via email)
Edward M. Joffe, Esq. (via email)
Diamond Group, Inc. (through its Registered Agent, via regular mail)

S:\LITIGTN\Selective Distribution Int'l Inc - 022962.10000\Correspondence\Judge Crotty.ltr REVISED 12-14-07.doc

**MEMO ENDORSED**