℀AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

PLAINTIFF
Zino Davidoff SA

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Selective Distribution International

Case Number:  07-CV 10326

V. THIRD PARTY DEFENDANT
Diamond Group, Inc.

To: Name and address of Third Party Defendant
Diamond Group, Inc. c/o its Registered Agent:
CSC Services of Nevada, Inc.
502 East John Street
Carson City, NV 89706
   **YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Lisa Pearson, Esq.<br>Kilpatrick Stockton LLP<br>31 West 52nd Street, 14th Floor<br>New York, NY 10019 | Kenneth N. Wolf, Esq.<br>Sandler, Travis & Rosenberg, PA<br>551 Fifth Avenue, Suite 1100<br>New York, NY 10176 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         DEC 0 7 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/13/2007 |
|---|---|
| NAME OF SERVER (PRINT) Robert Deale | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
　　Corporate Service. Served Cyndy Woodgate of CSC Services of Nevada, Inc., Resident Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | . |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/2007
　　　　　　　Date

Signature of Server

American Process Service
PMB 130
10580 N. McCarran Blvd. #115
Reno, NV 89503
Nevada License # 1088A

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.