USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 15 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Zino Davidoff S.A.,

      Plaintiff,

  -against-

Selective Distribution International, Inc.

      Defendant,
----------------------------------------------------------X

07 Civ. 10326 (PAC)(MHD)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement: _30 deep_
_____

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\* Do not check if already referred for general pretrial

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

DATED: New York, New York
January 15, 2008