```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ZINO DAVIDOFF S.A.,                 :
            Plaintiff,              :    ORDER
         -against-                  :    07 Civ. 10326 (PAC)(MHD)
                                    :
SELECTIVE DISTRIBUTION              :
INTERNATIONAL, INC.                 :
            Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, FEBRUARY 8, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
     **January 22, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Christopher Samuel Lick, Esq.
Kilpatrick Stockton LLP
31 W. 52nd Street
New York, NY 10019

Lisa Pearson, Esq.
Kilpatrick, Stockton
31 W. 52nd Street
New York, NY 10019

Kenneth Nathan Wolf, Esq.
Sandler Travis & Rosenberg, P.A.
551 5th Avenue, Suite 614
New York, NY 10176