

**KILPATRICK STOCKTON LLP**
Attorneys at Law



RECEIVED
JAN 22 2008

31 West 52nd Street 14th Floor
New York, NY 10019
t 212 775 8700 f 212 775 8800
www.KilpatrickStockton.com

direct dial 212 775 8725
direct fax 212 775 8825
LPearson@KilpatrickStockton.com

January 22, 2008

**BY FACSIMILE**

The Honorable Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

ELECTRONICALLY FILED
DOC #.
DATE FILED: 1/23/08

    Re:    *Zino Davidoff SA v. Selective Distribution Int'l, Inc.*, No. 07 CV 10326 (PAC)(MAH)

Dear Judge Dolinger:

    We are counsel for plaintiff Zino Davidoff SA ("Zino Davidoff") in the above-referenced matter. On January 15, 2008, the Honorable Judge Crotty referred this matter for a settlement conference before Your Honor within 30 days.

    We are writing because after speaking with Your Honor's chambers, it is our understanding that Your Honor usually requires representatives from the parties to be physically present at the settlement conference. Zino Davidoff, a Swiss company located in Fribourg, Switzerland, is eager to participate in the upcoming settlement conference. However, because Zino Davidoff's representatives all work and reside in Switzerland, we respectfully request that Your Honor allow Zino Davidoff's representative to participate in the settlement conference by telephone. A representative from Zino Davidoff's exclusive fragrance licensee, Coty Inc., will appear in person at the settlement conference. We would be happy to arrange a telephone conference line for the session.

    Thank you for your attention to this matter.

Respectfully submitted,

*Lisa Pearson*
Lisa Pearson

cc:    Edward Joffe, Esq.
        Kenneth Wolf, Esq.

Endorsed order
Application granted
[signature]
1/22/08

US2000 10575839.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM