AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07-CV-10326 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THIRD PARTY DEFENDANT "DIAMOND GROUP, INC."

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/25/2008 | _[signature]_ |
| Date | Signature |
| | BRADLEY SCHNUR                    BDS-2847 |
| | Print Name                        Bar Number |
| | 380 N. BROADWAY, STE 203 |
| | Address |
| | JERICHO          NY          11753 |
| | City              State        Zip Code |
| | (516) 932-4400     (516) 932-9195 |
| | Phone Number       Fax Number |