SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zino Davidoff SA        Plaintiff,

                                                    7   cv   10326   (PC)

- against -                                         MOTION TO ADMIT COUNSEL

Selective Distribution Intl  Defendant.             PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Kenneth N. Wolf   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

　　　　Applicant's Name:   Edward M. Joffe
　　　　Firm Name:          Sandler, Travis & Rosenberg, PA
　　　　Address:            5200 Blue Lagoon Drive, Suite 600
　　　　City/State/Zip:     Miami, FL 33126
　　　　Phone Number:       (305) 267-9200
　　　　Fax Number:         (305) 267-5155

Edward M. Joffe                      is a member in good standing of the Bar of the States of

Florida and Georgia

There are no pending disciplinary proceeding against   Edward M. Joffe
in any State or Federal court.

Dated:       12/19/2007
City, State: New York, NY

                Respectfully submitted,
                *Kenneth Wolf* (signature)
                Kenneth Wolf
                KW 0598
                **Sandler, Travis & Rosenberg, P.A.**
                551 Fifth Avenue, Suite 1100
                New York, NY 10176
                Tel: 212-883-1300
                Fax: 212-883-0068

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|
ZINO DAVIDOFF SA,                                              |   07-CV-10326 (PC)
|
Plaintiff,                                      |   AFFIDAVIT OF
|   KENNETH N. WOLF
|   IN SUPPORT OF
SELECTIVE DISTRIBUTION                                         |   MOTION TO ADMIT
INTERNATIONAL, INC                                             |   COUNSEL
|   PRO HAC VICE
Defendant/Third Party Plaintiff,                |
|
---------------------------------------------------------------x

State of New York        )
                         )  ss
County of New York       )

Kenneth N. Wolf, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Sandler, Travis & Rosenberg, P.A., counsel for Defendant and Third-Party Plaintiff Selective Distribution International, Inc. (SDI) in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of SDI's motion to admit Edward M. Joffe as counsel *pro hac vice* to represent SDI in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 18, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Edward M. Joffe since 1993.

4. Edward M. Joffe is a member of the firm at Sandler, Travis & Rosenberg, P.A., in Miami, Florida.

5. I have found Mr. Joffe to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Edward M. Joffe, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Edward M. Joffe, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Edward M. Joffe, pro hac vice, to represent Defendant and Third-Party Plaintiff Selective Distribution International, Inc., in the above captioned matter, be granted.

Dated : December 19, 2007

New York, NY

Respectfully submitted,

_____
Kenneth N. Wolf (KW 0598)
**SANDLER, TRAVIS & ROSENBERG, P.A.**
551 Fifth Avenue
New York, NY 10176
Tel: 212-883-1300
Fax: 212-883-0068
kwolf@strtrade.com



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. Edward M. Joffe
Sandler Travis & Rosenberg PA
The Waterford, Suite 600
5200 Blue Lagoon Drive
Miami, FL  33126

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     10/29/1974

**Attorney Bar Number:**    391950

Today's Date:     January 28, 2008

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

        In Re:    314242
                       Edward Martin Joffe
                       Sandler Travis, et al
                       5200 Blue Lagoon Dr., Ste. 600
                       Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on January 19, 1981.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 24th day of January, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvw3e:R10



## CERTIFICATE OF SERVICE

I, KENNETH WOLF, AS ATTORNEY FOR SELECTIVE DISTRIBUTION INTERNATIONAL, INC. HEREBY CERTIFY that on January 16, 2008, I served a true and correct copy of the foregoing

**Motion to Admit Counsel Pro Hac Vice**

**Affidavit in Support of Motion to Admit Counsel Pro Hac Vice**

**Proposed Order for Admission Pro Hac Vice**

including the supporting documentation thereto, upon the below listed parties by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

Bradley D. Schnur, Esq.
B. Schnur, PC
380 N Broadway
Jericho, NY 11753

_____
Kenneth N. Wolf

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zino Davidoff SA                    Plaintiff,

                                                              7    cv  10326    (PAC)

- against -
                                    Defendant.                ORDER FOR ADMISSION
Selective Distribution                                              PRO HAC VICE
International, Inc.                                              ON WRITTEN MOTION

Upon the motion of Kenneth N. Wolf   attorney for (Selective Distribution International, Inc.)
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edward M. Joffe |
| Firm Name: | Sandler, Travis & Rosenberg, PA |
| Address: | 5200 Blue Lagoon Drive, Suite 600 |
| City/State/Zip: | Miami, FL 33126 |
| Telephone/Fax: | (305) 267-9200 |
| Email Address: | ejoffe@strtrade.com |

is admitted to practice pro hac vice as counsel for (Selective Distribution International, In in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006