SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zino Davidoff SA                    Plaintiff,

                                                        7   cv  10326   (PAC)

- against -

Selective Distribution              Defendant.          ORDER FOR ADMISSION
International, Inc.                                     PRO HAC VICE
                                                        ON WRITTEN MOTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 3 2008

Upon the motion of Kenneth N. Wolf   attorney for (Selective Distribution International, Inc.)
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Edward M. Joffe

Firm Name:          Sandler, Travis & Rosenberg, PA

Address:            5200 Blue Lagoon Drive, Suite 600

City/State/Zip:     Miami, FL 33126

Telephone/Fax:      (305) 267-9200

Email Address:      ejoffe@strtrade.com

is admitted to practice pro hac vice as counsel for (Selective Distribution International, In in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 13, 2008
City, State: New York, N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006