SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Zino Davidoff SA        Plaintiff,

              7  cv  10326   (PAC)

       - against -

Selective Distribution         Defendant.         **ORDER FOR ADMISSION**
International, Inc.                                **PRO HAC VICE**
                                                   **ON WRITTEN MOTION**

Upon the motion of Kenneth N. Wolf   attorney for  (Selective Distribution International, Inc.)

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Edward M. Joffe
   Firm Name:          Sandler, Travis & Rosenberg, PA
   Address:            5200 Blue Lagoon Drive, Suite 600
   City/State/Zip:     Miami, FL 33126
   Telephone/Fax:      (305) 267-9200
   Email Address:      ejoffe@strtrade.com

is admitted to practice pro hac vice as counsel for  (Selective Distribution International, In  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:    NY NY
                2-14-08

                                          _____
                                          United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____    SDNY RECEIPT# _____
SDNY Form Web 10/2006