UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

ZINO DAVIDOFF S.A.,

               Plaintiff,     :          **ORDER**

                      :

         -against-        **07 Civ. 10326 (PAC)(MHD)**

                      :

SELECTIVE DISTRIBUTION     :
INTERNATIONAL, INC.

                      :

             Defendant.
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

                                 3/3/08

It is hereby

**ORDERED** that a telephone conference has been scheduled in the above-captioned action on **WEDNESDAY, MARCH 12** at **10:00 A.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

**Dated: New York, New York**
      **February 28, 2008**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed today to:

Christopher Samuel Lick, Esq.
Kilpatrick Stockton LLP
31 W. 52nd Street
New York, NY 10019
Fax: (212) 775-8812

Lisa Pearson, Esq.
Kilpatrick, Stockton
31 W. 52nd Street
New York, NY 10019
Fax: (212) 775-8825

Kenneth Nathan Wolf, Esq.
Sandler Travis & Rosenberg, P.A.
551 5th Avenue, Suite 614
New York, NY 10176
Fax: (212) 883-0068

Bradley D. Schnur, Esq.
Law Office of Bradley D. Schnur, Esq., P.C.
380 N. Broadway, Ste. 203
Jericho, NY 11573
Fax: (516) 932-9195