ZINO DAVIDOFF SA,

                Plaintiff,

      v.

SELECTIVE DISTRIBUTION INTERNATIONAL
INC., DIAMOND GROUP, INC., J&H COSMETICS,
LTD., and HELENE SCHMELTZER and GERALD
SCHMELTZER, individually and doing business as J&S
MERCHANDISING and JERRYBOY57,

              Defendants.

_____

SELECTIVE DISTRIBUTION INTERNATIONAL,
INC.

             Third Party Plaintiff,
      v.

DIAMOND GROUP INC.,

            Third-Party Defendant/
            Third-Party Plaintiff,

      v.

J & H COSMETICS, LTD.,

            Third-Party Defendant.

07 Civ. 10326 (PAC)(MHD)

**CERTIFICATE OF
SERVICE**

      I hereby certify that on May 14, 2008, a true and correct copy of the

Amended Summons in a Civil Action and Amended Complaint, both dated May 8, 2008,

were served by hand messenger upon the following:

Kenneth Nathan Wolf
Sandler Travis & Rosenberg, P.A.
551 Fifth Ave., Suite 614
New York, NY 10176
Attorneys for Defendant Selective
Distribution International, Inc.

                          _____

                          Alberto Garcia