UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZINO DAVIDOFF SA,
        Plaintiff(s),              Index No. 07 CIV 10326(PAC)MHD)

   -against-                   AFFIDAVIT OF SERVICE
SELECTIVE DISTRIBUTION INTERNATIONAL
INC., ET AL.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 14th day of May 2008, at approximately the time of 1:03 p.m., deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT** upon Helene Schmeltzer at 58 Eagle Chase, Woodbury, NY 11797, by personally delivering and leaving the same with Helene Schmeltzer at that address. At the time of service, deponent asked Helene Schmeltzer if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Helene Schmeltzer is a white female, approximately 58 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 160 pounds with blonde hair and brown eyes wearing glasses.

NELSON CARVAJAL #965441

Sworn to before me this
16th day of May 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___