UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZINO DAVIDOFF SA,

       Plaintiff(s),                              Index No. 07 CIV 10326(PAC)MHD)

  -against-                             AFFIDAVIT OF SERVICE

SELECTIVE DISTRIBUTION INTERNATIONAL
INC., ET AL.,
       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK)
                  S.S.:
COUNTY OF NEW YORK)

       NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 14th day of May 2008, at approximately 12:40 pm, deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT** upon Diamond Group, Inc., The Law Offices of Bradley D. Schnur, Esq., PC at 380 North Broadway, 2nd Floor, Jericho, NY 11753, by personally delivering and leaving the same with Bradley D. Schnur, Attorney, who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Bradley D. Schnur is a white male, approximately 44 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 180 pounds with thinning light brown hair and blue eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
16th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__