KILPATRICK STOCKTON LLP
Lisa Pearson (LP 4916)
Christopher Lick (CL 1391)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8825
*Attorneys for Zino Davidoff SA*

SOMER & HELLER LLP
Jeffrey T. Heller (JH 2720)
2171 Jericho Turnpike, Suite 350
Commack, New York 11725
Telephone: (631) 462-2323
*Attorneys for J&H Cosmetics, Ltd., Helene Schmeltzer and Gerald Schmeltzer*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 19 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZINO DAVIDOFF SA,

    Plaintiff,

v.

SELECTIVE DISTRIBUTION INTERNATIONAL INC., DIAMOND GROUP, INC., J&H COSMETICS, LTD., HELENE SCHMELTZER and GERALD SCHMELTZER, individually and doing business as J&S MERCHANDISING and JERRYBOY57,

    Defendants.

07 Civ. 10326 (PAC)(MHD)

**STIPULATION EXTENDING TIME TO ANSWER**

---

WHEREAS, the time for Defendants J&H Cosmetics, Ltd., Helene Schmeltzer and Gerald Schmeltzer, individually and doing business as J&S Merchandising and Jerryboy57 (collectively, "Defendants") to answer, move or otherwise respond to the Amended Complaint dated May 8, 2008 and filed and served in the above-referenced action (the "Amended Complaint") was on or before June 3, 2008,

WHEREAS, Defendants have requested an extension up to and including July 3, 2008 to answer, move or otherwise respond to the Amended Complaint;

WHEREAS, Defendants have agreed to waive any and all claims or defenses in connection with service of the Amended Complaint.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties to this stipulation, that the time for Defendants to answer, move or otherwise respond to the Amended Complaint shall be extended up to and including July 3, 2008. Plaintiff and Defendants agree that by this extension the parties to this Stipulation have not waived any of their rights and remedies in connection with this matter, except as expressly set forth herein.

| KILPATRICK STOCKTON LLP | SOMER & HELLER LLP |
|---|---|
| By: _____ <br> Lisa Pearson (LP 4916) <br> Christopher Lick (CL 1391) <br> 31 W. 52nd Street, 14th Floor <br> New York, New York 10019 <br> (212) 775-8700 (phone) <br> (212) 775-8825 (fax) <br><br> *Attorneys for Zino Davidoff SA* | By: _____ <br> Jeffrey T. Heller (JH 2720) <br> 2171 Jericho Turnpike, Suite 350 <br> Commack, New York 11725 <br> (631) 462-2323 (phone) <br><br> *Attorneys for J&H Cosmetics, Ltd., Helene Schmeltzer and Gerald Schmeltzer, individually and doing business as J&S Merchandising and Jerryboy57* |

SO ORDERED:

_____
The Honorable Paul A. Crotty
United States District Judge

Dated: New York, New York
June __, 2008

2

US2000 10884495.2