UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ZINO DAVIDOFF SA,                                  )   Civil Action No.
                                                   )   07 Civ. 10326 (PAC)(MHD)
                              Plaintiff,           )
                                                   )
            - against -                            )   **RULE 7.1 STATEMENT**
                                                   )
SELECTIVE DISTRIBUTION INTERNATIONAL               )
INC., DIAMOND GROUP, INC., J&H COSMETICS,          )
LTD., and HELENE SCHMELTZER and GERALD             )
SCHMELTZER, individually and doing business as J&S )
MERCHANDISING and JERRYBOY57,                      )
                                                   )
                              Defendants.          )
------------------------------------------------------------------------x
SELECTIVE DISTRIBUTION INTERNATIONAL, INC.,        )
                                                   )
                  Third-Party Plaintiff,           )
                                                   )
            -against-                              )
                                                   )
DIAMOND GROUP INC.,                                )
                                                   )
                  Third-Party Defendant/           )
                  Third-Party Plaintiff,           )
                                                   )
            -against-                              )
                                                   )
J&H COSMETICS, LTD.,                               )
                                                   )
                  Third-Party Defendant.           )
                                                   )
------------------------------------------------------------------------x

Defendants J & H COSMETICS, LTD., and HELENE SCHMELTZER and GERALD SCHMELTZER, individually and doing business as J&S MERCHANDISING and JERRYBOY57 by its attorneys SOMER & HELLER LLP, hereby discloses the following corporate parents and any publicly held corporation that owns more than 10% of its stock: None

DATED:   July 3, 2008
         Commack, New York

                                              Yours, etc.

                                              /S/
                                         MELISSA CORWIN (MC 8618)
                                         SOMER & HELLER LLP
                                         Attorneys for Defendants
                                         2171 Jericho Turnpike, Suite 350
                                         Commack, New York 11725
                                         631-462-2323