



31 West 52nd Street 14th Floor
New York, NY 10019
t 212 775 8700 f 212 775 8800
www.KilpatrickStockton.com

direct dial 212 775 8725
direct fax 212 775 8825
LPearson@KilpatrickStockton.com

July 3, 2008

**BY E-MAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Crotty
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

    Re:    *Zino Davidoff SA v. Selective Distribution Int'l, Inc. et al.*, No. 07 CV 10326 (PAC) (MHD)

Dear Judge Crotty:

    We are counsel for plaintiff Zino Davidoff SA ("Zino Davidoff") in the above-referenced matter. We are writing regarding the status conference scheduled before Your Honor for July 9, 2008.

    Zino Davidoff, Selective Distribution Int'l, Inc. ("Selective") and Diamond Group, Inc. ("Diamond") (collectively, the "Parties") are currently engaged in detailed, substantive settlement negotiations. Therefore, the Parties jointly respectfully request an adjournment of the status conference scheduled before Your Honor on July 9, 2008 so that the Parties may continue to focus on the possible settlement of this action and so the Parties can put their resources towards a possible settlement.

    Pursuant to Rule 1(E) of Your Honor's Individual Practices, the Parties state that they have not requested any adjournments or extensions of the July 9, 2008 status conference and that Zino Davidoff, Selective and Diamond all consent to this adjournment. Further, and also pursuant to Rule 1(E), the Parties jointly propose August 4, 2008 through August 6, 2008 as three alternate dates for the status conference.

    The Parties note that the other defendants to this action, namely J&H Cosmetics, Ltd., Helene Schmeltzer and Gerald Schmeltzer, individually and doing business as J&S Merchandising and Jerryboy57 (collectively, the "J&H Defendants"), have not as yet entered an appearance in the above-referenced matter. Once the J&H Defendants enter an appearance, we respectfully request, on behalf of Zino Davidoff and Diamond, that Your Honor schedule a preliminary conference with the J&H Defendants so that they can be integrated into the case's schedule.

MEMO ENDORSED

US2000 10618129.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

The Honorable Paul A. Crotty
July 3, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

*Lisa Pearson*

Lisa Pearson

Enclosures

cc:  Ed Joffe, Esq.
     Ken Wolf, Esq.
     Bradley Schnur, Esq.

Application GRANTED. The conference is adjourned to 8/6/08 at 4:30pm in Courtroom 20-C.

SO ORDERED:  JUL 0 7 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

US2000 10618129.1