UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Zino Davidoff S.A.,

                  Plaintiff,

   -v-

Selective Distribution International, Inc., et al.,

                  Defendants.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2008

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
**07 Civ. 10326 (PAC) (MHD)**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__  **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)** | _____  Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _____  Specific Non-Dispositive Motion/Dispute:* <br> _____ <br> _____ <br> _____ | _____  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____ | _____  Habeas Corpus <br><br> _____  Social Security |
| ____ Settlement: | **____  Dispositive Motion (i.e. motion requiring a Report and Recommendation) Particular Motion:_____** |
| ____ Inquest After Default/damages Hearing | |

* Do not check if already referred for general pretrial

Dated:  New York, New York
       August 6, 2008

SO ORDERED

_Paul Crotty_
PAUL A. CROTTY
United States District Judge

1