Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 NOV 2010
```

ZINO DAVIDOFF SA,

        Plaintiff,

v.

SELECTIVE DISTRIBUTION INTERNATIONAL INC., DIAMOND GROUP, INC., J&H COSMETICS, LTD., and HELENE SCHMELTZER and GERALD SCHMELTZER, individually and doing business as J&S MERCHANDISING and JERRYBOY57,

        Defendants.

SELECTIVE DISTRIBUTION INTERNATIONAL, INC.,

        Third-Party Plaintiff,

v.

DIAMOND GROUP INC.,

        Third-Party Defendant/
        Third-Party Plaintiff,

v.

J & H COSMETICS, LTD.,

        Third-Party Defendant.

07 Civ. 10326 (PAC) (MHD)

**＋order**
**STIPULATION OF VOLUNTARY DISMISSAL**
**OF DEFENDANT DIAMOND GROUP, INC.**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**WHEREAS**, on November 14, 2007, Plaintiff Zino Davidoff SA ("Plaintiff") filed a Complaint against Defendant Selective Distribution International, Inc. ("Selective") in the above-captioned action (the "Action");

**WHEREAS**, on December 7, 2007, Selective filed an Answer to the Complaint;

US2000 11667578.1

**WHEREAS**, on May 8, 2008, Plaintiff filed an Amended Complaint against Selective and additional defendants Diamond Group Inc. ("Diamond Group") and J&H Cosmetics, Ltd., and Helene Schmeltzer and Gerald Schmeltzer, individually and doing business as J&S Merchandising and Jerryboy57;

**WHEREAS**, on June 17, 2008, Diamond Group filed an Answer to the Amended Complaint, asserting crossclaims against J&H Cosmetics, Ltd. and Helene and Gerald Schmeltzer;

**WHEREAS**, on July 21, 2009, Plaintiff and Diamond Group fully executed a confidential Settlement Agreement disposing of all the claims between them;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Diamond Group only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that for the purpose of this Stipulation, facsimile and/or electronic signatures are acceptable and permitted and shall be considered original and authentic.

Dated: New York, New York
May 5, 2010

| | |
|---|---|
| KILPATRICK STOCKTON LLP | LAW OFFICE OF BRADLEY D. SCHNUR, ESQ., P.C. |
| By: _[signature]_____ | By: _[signature]_____ |
| Lisa Pearson (LP 4916) | Bradley D. Schnur (BS 2847) |
| Robert Potter (RP 5757) | 380 North Broadway, Suite 203 |
| 31 West 52nd Street, 14th Floor | Jericho, New York 11753 |
| New York, New York 10019 | Telephone: (516) 932-4400 |
| Telephone: (212) 775-8700 | Facsimile: (516) 932-9195 |
| Facsimile: (212) 775-8800 | |
| *Attorneys for Plaintiff Zino Davidoff SA* | *Attorneys for Defendant Diamond Group Inc.* |

SO ORDERED: **10 NOV 2010**

_[signature]_

U.S.D.J.

3